# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE TURNER, | CASE NO. 1:10-CV-01916-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING MOTION FOR RECONSIDERATION (DOC. 15) |
| v. | |
| DERRAL G. ADAMS, et al., | CLERK OF THE COURT DIRECTED TO RE-OPEN ACTION |
| Defendants. | PLAINTIFF'S RESPONSE DUE WITHIN THIRTY DAYS |

Plaintiff Edward Lee Turner ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On March 9, 2011, the United States Magistrate Judge assigned to this action issued a Findings and Recommendations, recommending dismissal of this action for Plaintiff's failure to obey the Court's December 1, 2010 order regarding consenting or declining magistrate judge jurisdiction. On April 28, 2011, the undersigned adopted the Findings and Recommendations. Pending before the Court is Plaintiff's motion for reconsideration, filed May 11, 2011. Docs. 15, 16.

Plaintiff contends that he was out to court for a settlement hearing in Solano State Prison on March 14, 2011. Plaintiff contends that he was assaulted by an officer while there, and required surgery for his injuries. Plaintiff filed his first amended complaint concurrently with his

1

motion for reconsideration.  Doc. 16.  Plaintiff contends that he never received the December 1, 2010 order from this Court.  Pursuant to Federal Rule of Civil Procedure 60(b), the Court may relieve a party from final judgment, including any reasons that justify relief.   The Court finds sufficient cause to re-open this action.  Accordingly, it is HEREBY ORDERED that

1. Plaintiff's motion for reconsideration, filed May 11, 2011, is GRANTED;
2. The Clerk of the Court is directed to re-open this action; and
3. The Clerk of the Court is directed to send Plaintiff an order regarding consenting or declining magistrate judge jurisdiction.  Plaintiff is to respond within (30) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   May 16, 2011**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE